

FILED
CLERK, U.S. DISTRICT COURT
DEC - 2 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___AF___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AMALIA R. GONZALEZ,<br>Defendant. | Case No. 22-MJ-4738<br>ORDER OF DETENTION |

I.

On December 2, 2022, Defendant made her initial appearance in this district on the indictment filed in the Eastern District of California.[1] Deputy Federal Public Defender Adam Olin was appointed to represent Defendant. The government was represented by Assistant United States Attorney Haoxiaohan Cai. A detention hearing was held.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☐ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the

---

[1] The Court granted the government's request to unseal the indictment.

history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered all the evidence adduced at the hearing including the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ Unstable and unverified information regarding residence; Defendant's reported residence in Mexico, employment in Mexico and application for citizenship in Mexico;

☒ Use of name variations and multiple identifiers that may have facilitated Defendant's travel to and from the U.S. from Mexico without detection;

☒ Background information is partially verified;

☒ Lack of knowledge, by the Proposed Bail Surety and Third Party Custodian, regarding Defendant's residence, employment and financial resources; and

☒ Alleged attempt to avoid arrest.

As to danger to the community:

☒ Allegations in the indictment;

☒ Prior narcotics related conviction; and

☒ Alleged association with gang

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial and be transported to the United States District Court for the Eastern District of California further proceedings <u>The Court directed both government counsel and defendant's counsel to follow up with government counsel in the charging district</u>

<u>regarding Defendant's transportation to, and arrival in, the charging district for his next appearance.</u>

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: December 2, 2022

/s/
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE